UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
LAWRENCE YOUNG, *individually and on behalf of all other persons similarly situated*,

                                          Plaintiff,

-against-

COOKIES KIDS.COM, INC.

                                          Defendant.
------------------------------------------------ x



ORDER

17 Civ. 5957 (GBD)

GEORGE B. DANIELS, United States District Judge:

       The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       October 4, 2017

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge